# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**HAROLD MOSES COVERT**  **PLAINTIFF**
#151511

v.   CASE NO.4:20-CV-00202-BSM

**WENDY KELLEY,**
**Director, ADC,** *et al.*   **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 19] is adopted, and Harold Covert's motion for temporary restraining order and preliminary injunction [Doc. No. 4] is denied.

IT IS SO ORDERED this 15th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE