IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD COVERT**                                                                                    **PLAINTIFF**
**ADC #151511**

v.                                       **CASE NO. 4:20-CV-00202-BSM**

**JAMES PLUMMER,** *et al.*                                                              **DEFENDANTS**

### ORDER

Having reviewed the record *de novo*, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 98] is adopted in part and rejected in part. Sergeant Hampton is dismissed without prejudice because he was never served with process. Summary judgment is granted on Harold Covert's official capacity claims against James Plummer, Mary Lloyd, and Laquista Swopes because nothing in the record shows that they acted pursuant to a government policy or custom. Summary judgment is denied on Covert's individual capacity claims against Plummer, Lloyd, and Swopes because there are material factual disputes as to whether defendants' search of Covert's cell was an adverse action that would chill a person of ordinary firmness from reporting drug activity, and whether the cell search was motivated by Covert's call to the Arkansas Crime Information Line. Additionally, qualified immunity does not apply because, viewing the facts in the light most favorable to Covert, his allegations that defendants retaliated against him, in violation of his First Amendment rights, sufficiently demonstrate a constitutional violation that is clearly established. *See e.g.*, *Santiago v. Blair*, 707 F.3d 984, 991 (8th Cir. 2013).

Therefore, the claim against Hampton is dismissed without prejudice, the official

capacity claims against Plummer, Lloyd, and Swopes are dismissed with prejudice, and the individual capacity claims against Plummer, Lloyd, and Swopes will proceed to trial.

    IT IS SO ORDERED this 7th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE