UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD MOSES COVERT,**
**ADC # 151511**                                                                                    **PLAINTIFF**

v.                              No. 4:20-CV-202-BSM-JTR

**JAMES PLUMMER,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE